```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

WILLIAMS                                       CIVIL ACTION

VERSUS                                         NO: 13-477

KNIGHT TRANSPORTATION, INC.                    SECTION: "J" (4)
ET AL.
```

### ORDER

During the July 31, 2014, pretrial conference, the Court *sua sponte* raised the issue of whether the amount in controversy was sufficient to support subject matter jurisdiction under 28 U.S.C. § 1332. **(Rec. Doc. 45)** For the reasons set forth more fully below, the Court declines to remand the above-captioned matter to state court.

Defendant's *Brief in Opposition to Remand* (Rec. Doc. 47) demonstrated to this Court that, at the time of removal, Plaintiff's claims could have exceeded $75,000 in value. "Because plaintiffs in Louisiana state courts, by law, may not specify the numerical value of claimed damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000." Gebbia v. Wal-Mart Stores, Inc., 233 F.3d 880, 882 (5th Cir. 2000)(footnote and citation omitted). A defendant may meet this burden by either (1) "demonstrating that the claims are likely above $75,000 in sum or value," or (2) "setting forth the facts in controversy that support a finding of the requisite amount." Id. at 883. Here, the Court finds that

Defendant's *Notice of Removal* (Rec. Doc. 1) sufficiently set forth (1) the value of the claims in excess of $75,000 and (2) facts to support a finding that the claims could exceed $75,000. Although Plaintiff has stipulated that the claims are not currently and have never been above $75,000 in value, such stipulation cannot negate jurisdiction where Defendant has shown it existed at the time of removal. See id. at 883-84.

    Accordingly,

    **IT IS ORDERED** that the Court declines to remand the above-captioned matter to state court.

    New Orleans, Louisiana this the 6th day of August, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE